UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE
CASE # 07-CV-4716
Plaintiff

**CHERIF DIALLO**

Vs

**THE CITY OF NEW YORK,
P.O. VINCENT CANTANIA # 6193.**
Defendants

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On **8/29/07  5:25 PM** at **230 East 21st Street New York, New York 10010** Deponent served the within SUMMONS AND COMPLAINT on **P.O. VINCENT CANTANIA # 6193** by delivering a true copy to **MS. DAWSON ( PAA )** an authorized agent.

Said premises are recipient's actual place of business within the state. I asked the person spoken to whether **P.O. VINCENT CANTANIA** actually works at these premises and received an affirmative response

A description of the person served is as follows:

Sex **FEMALE**
Skin **BLACK**
Color of Hair **BLACK**
Approx. Age **37 - 42**
Approx. Height **5'8"- 5'10"**
Approx. Wt **145-150 LBS**

Other identifying Features **NONE**

**MAHITIMA BAA**
Process Server's Lic #1156551

Sworn to be fore me on this
5_TH day of AUGUST 2007

NOTARY PUBLIC

CHIDI EZE, ESQ.
Notary Public of New York
No. 02EZ6097235
Qualified Kings County
Commission Expires Aug. 15, 20_11_