

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

SABRINA TANN
Phone: (212) 442-8600
Fax: (212) 788-9776
stann@law.nyc.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07
```

September 14, 2007

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 9/17/07

**BY HAND DELIVERY**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Cherif Diallo v. City of New York et al.</u>, 07 CV 4716 (AKH)

Your Honor:

    On behalf of the parties to the above-referenced action, I write to respectfully inform the Court that a settlement in the amount of Fifty Thousand Dollars ($50,000) has been reached between the parties, which disposes of the action in its entirety. The parties are in the process of preparing the necessary settlement paperwork for submission to the Court.

We thank the Court for its consideration in this regard.

Respectfully submitted,

Sabrina Tann (ST 2552)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Wale Mosaku, Esq.
Attorney for Plaintiff
(By Facsimile)